UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL JOHNSON (p/k/a/ Michael Jonzun) and BOSTON INTERNATIONAL MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> N'SYNC (JUSTIN TIMBERLAKE, JC CHASEZ, CHRIS KIRKPATRICK, LANCE BASS, JOEY FATONE); ZOMBA RECORDING CORP.; ZOMBA ENTERPRISES, INC./BMG MUSIC PUBLISHING CANADA; BMG DISTRIBUTION, INC.; U-N-I MUSIC PUBLISHING, INC./NAND'S WORLD PUBLISHING; CHASEZ MUSIC; ALEX GREGGS; BRADLEY DAYMOND; ESTATE OF LISA LOPEZ; INGA WILLIS; JOHNNY WRIGHT; WRIGHT ENTERTAINMENT GROUP, INC.; WARNER BROS., INC.; WV FILMS LLC, <br><br> Defendants. | Case No: 03-CV-10525-NG |

## DEFENDANTS' MOTION TO STRIKE CLAIMS ASSERTED BY PLAINTIFF BOSTON INTERNATIONAL MUSIC, INC.

Pursuant to Rule 83.5.2(d), Defendants Warner Bros. Entertainment Inc. ("Warner") and WV Films II LLC ("WV Films") hereby move this Court for an Order striking the claims asserted in this case by plaintiff Boston International Music, Inc. ("Boston International"). Specifically, Defendants Warner and WV Films state that the Local Rules of this Court prohibit Boston International from appearing in this action as a *pro se* litigant.

WHEREFORE, Defendants Warner and WV Films respectfully request that this Court issue an Order striking the claims asserted by Boston International and dismissing those claims with prejudice.

Respectfully submitted,

Daniel J. Cloherty (BBO No. 565772)
David M. Osborne (BBO No. 564840)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000

*Attorneys for Defendants Warner Bros. Entertainment, Inc. and WV Films II LLC*

Dated: August 11, 2003

## Certification Pursuant To L.R. 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), undersigned counsel has attempted to confer with Michael Johnson, *Pro Se*, regarding the contents of this Motion. Mr. Johnson has not yet responded to undersigned counsel's inquiries. Accordingly, undersigned counsel is unaware whether Mr. Johnson consents to the relief requested in this Motion.

Daniel J. Cloherty

## Certificate Of Service

I hereby certify that a true and correct copy of the above document was served upon the following by first class mail, postage prepaid, this 11th day of August, 2003:

Michael E. Johnson, *Pro Se*
15 Boulder Circle
North Falmouth, MA 02556

Daniel J. Cloherty