UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
MICHAEL JOHNSON (p/k/a/ Michael     )
Jonzun) and BOSTON INTERNATIONAL    )
MUSIC, INC.,                        )
                                    )
    Plaintiffs,                     )
                                    )
    v.                              )
                                    )
N'SYNC (JUSTIN TIMBERLAKE, JC       )
CHASEZ, CHRIS KIRKPATRICK,          )
LANCE BASS, JOEY FATONE); ZOMBA     )
RECORDING CORP.; ZOMBA              )
ENTERPRISES, INC./BMG MUSIC         )   Case No: 03-CV-10525-NG
PUBLISHING CANADA; BMG              )
DISTRIBUTION, INC.; U-N-I MUSIC     )
PUBLISHING, INC./NAND'S WORLD       )
PUBLISHING; CHASEZ MUSIC; ALEX      )
GREGGS; BRADLEY DAYMOND;            )
ESTATE OF LISA LOPEZ; INGA          )
WILLIS; JOHNNY WRIGHT; WRIGHT       )
ENTERTAINMENT GROUP, INC.;          )
WARNER BROS., INC.; WV FILMS LLC,   )
                                    )
    Defendants.                     )
_____)

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rules 41(b) and 4(m) of the Federal Rules of Civil Procedure, Rule 1.3 of the Rules of the United States District Court for the District of Massachusetts, and this Court's inherent powers to manage its docket, Defendants Warner Bros. Entertainment Inc. ("Warner") and WV Films II LLC ("WV Films") hereby move this Court for an Order dismissing the Complaint in this case with prejudice as to them and without prejudice as to the other named defendants due to the plaintiffs' failure to

prosecute this action. The grounds for this Motion are set forth in the accompanying Memorandum of Reasons in Support of this Motion.

WHEREFORE, Defendants Warner and WV Films respectfully request that this Court issue an Order dismissing the Complaint in this action with prejudice as to them, without prejudice as to all other named defendants.

Respectfully submitted,

/s/
Daniel J. Cloherty (BBO No. 565772)
David M. Osborne (BBO No. 564840)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000

Helene Freeman, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
(212) 415-9239

*Attorneys for Defendants Warner Bros. Entertainment, Inc. and WV Films II LLC*

Dated: December 12, 2003

### Certification Pursuant To L.R. 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), undersigned counsel has attempted to confer with Michael Johnson, *Pro Se*, regarding the contents of this Motion. Mr. Johnson has not yet responded to undersigned counsel's inquiries. Accordingly, undersigned counsel is unaware whether Mr. Johnson consents to the relief requested in this Motion.

/s/
Daniel J. Cloherty

**Certificate Of Service**

I hereby certify that a true and correct
copy of the above document was served upon
the following by first class mail, postage prepaid,
this 12th day of December, 2003:

Michael E. Johnson, *Pro Se*
15 Boulder Circle
North Falmouth, MA  02556

                /s/
_____
Daniel J. Cloherty