```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **MICHAEL JOHNSON (p/k/a/ Michael Jonzun) and BOSTON INTERNATIONAL MUSIC, INC.,**<br>     **Plaintiffs,**<br><br>     v.<br><br>**N'SYNC (JUSTIN TIMBERLAKE, JC CHASEZ, CHRIS KIRKPATRICK, LANCE BASS, JOEY FATONE); ZOMBA RECORDING CORP.; ZOMBA ENTERPRISES, INC./BMG MUSIC PUBLISHING CANADA; BMG DISTRIBUTION, INC.; U-N-I MUSIC PUBLISHING, INC./NAND'S WORLD PUBLISHING; CHASEZ MUSIC; ALEX GREGGS; BRADLEY DAYMOND; ESTATE OF LISA LOPEZ; INGA WILLIS; JOHNNY WRIGHT; WRIGHT ENTERTAINMENT GROUP, INC.; WARNER BROS., INC.; WV FILMS LLC,**<br>     **Defendants.** | )<br>)<br>)<br>)<br>)<br>)Civil No. 03-10525-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**GERTNER, D.J.:**

### ORDER OF DISMISSAL
December 18, 2003

The defendants' motion to dismiss this case for lack of prosecution [document # 18] is **GRANTED.** Plaintiff in this case has failed to respond to defendants Warner Bros., Inc. and WV Films LLC Joint Motion to Strike [document # 8] despite being given an extension by this Court of 21 days to do so. Plaintiff has also failed to secure counsel, although Local Rule 83.5.2(d) prohibits a corporation from appearing pro se, and has failed to appear at a Court scheduled status

conference on December 3, 2003, or to account for his absence since that time.

With regard to defendants other than Warner Bros., Inc. and WV Films LLC, plaintiff has failed to file any proof of service within the 120-day time limit, or within the additional 90 days granted by this Court.  Dismissal without prejudice is thus appropriate as to those defendants under Rule 4(m) of the Federal Rules of Civil Procedure.

Pursuant to Fed. R. Civ. P. 41(b) and 4(m), Local Rule 1.3, this case is **DISMISSED WITHOUT PREJUDICE** in its entirety.

**SO ORDERED.**

**Dated: December 18, 2003**              **/s/ NANCY GERTNER**
                                           **U.S.D.J.**